TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00359-CR


NO. 03-02-00360-CR


NO. 03-02-00361-CR







Michael Derril Stratton


aka Michael Derrill Stratton


aka Michael Derrell Stratton, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT


NOS. 52,698, 52,699 & 52,700, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING






O R D E R


PER CURIAM

The reporter's record was due to be filed on July 8, 2002. The court reporter did not
respond to the Clerk's notice that the record is overdue.

The court reporter for the 264th District Court, Ms. Betty Young, is ordered to file
the reporter's record no later than September 20, 2002. No further extension of time will be granted. 

It is ordered August 14, 2002.


Before Justices Kidd, Patterson and Puryear

Do Not Publish